IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TEAON ELLIS, ADC #99915                                                         PLAINTIFF

v.                              5:17CV00054-JM-JJV

GREG BOLIN, Chief/Head Administrator,
Dub Brassell Detention Center; *et al.*                                          DEFENDANTS

# ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint (Doc. No. 1) is DISMISSED without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

DATED this 25th day of April, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE